Edward F. O'Connor (SBN 123398)
efo@avynolaw.com
**AVYNO LAW, P.C.**
6345 Balboa Blvd., Suite 190
Encino, California 91316
Tel:   818.654.8840
Fax:   818.332.4205

*Attorneys for Plaintiff The Eclipse Group LLP*

Matt Olavi (Bar No. 265945)
molavi@olavidunne.com
Brian J. Dunne (Bar No. 275689)
bdunne@olavidunne.com
**OLAVI DUNNE LLP**
445 S. Figueroa St., Suite 3170
Los Angeles, California 90071
Telephone:  (213) 516-7900
Facsimile:  (213) 516-7910

*Attorneys for Defendant ECLIPSE IP LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ECLIPSE GROUP, LLP, a California limited liability partnership,<br><br>            Plaintiff,<br><br>      v.<br><br>ECLIPSE IP LLC, a Florida limited liability company,<br><br>            Defendant. | Case No. 3:13-cv-1902-JAH (BGS)<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff The Eclipse Group LLP ("The Eclipse Group") and Defendant Eclipse IP LLC ("Eclipse IP"), pursuant to Federal Rule of Civil Procedure 41 and their agreement, hereby move for an order dismissing all claims by The Eclipse Group against Eclipse IP made therein, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Wherefore, The Eclipse Group respectfully requests that the Court enter the proposed order of dismissal submitted herewith.

Respectfully submitted,

Dated: July 22, 2015              AVYNO LAW, P.C.


                                  By: /s/ Edward F. O'Conner
                                  Edward F. O'Conner

                                  *Attorney for Plaintiff*
                                  THE ECLIPSE GROUP LLP


Dated: July 16, 2015              OLAVI DUNNE LLP


                                  By  /s/ Matt Olavi
                                  Matt Olavi

                                  *Attorney for Defendant*
                                  Eclipse IP LLC

**JOINT STIPULATION TO DISMISS**

**PROOF OF SERVICE**

I am a citizen of the United States, employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is: 6345 Balboa Blvd., Suite 190, Encino, CA 91316.

On July 22, 2015, I caused the following documents to be served:

**JOINT STIPULATION TO DISMISS**

☒ **VIA CM/ECF FILING SYSTEM.** The undersigned hereby certifies that she caused a copy of the foregoing document(s) to be filed with the clerk of the U.S. District Court, Southern District of California, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participant(s) noted below:

> Brian J. Dunne (Bar No. 275689)
> Matt Olavi (Bar No. 265945)
> OLAVI DUNNE LLP
> 800 Wilshire Blvd., Suite 320
> Los Angeles, California 90017

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2015, at Los Angeles, California.

           /s/ Edward F. O'Connor
           Edward F. O'Connor

Case No. 3:13-cv-1902-JAH(BGS)
**JOINT STIPULATION TO DISMISS**